IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAWRENCE L. MAYES, | ) |
| Petitioner, | ) ) ) |
| vs. | ) No. CIV-22-0027-C ) |
| DEPARTMENT OF CORRECTIONS, | ) ) |
| Respondent. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

As the Petitioner has not responded to this Court's Order of April 6, 2022 (Dkt. No. 11), directing him to respond within 20 days of the date of the Order, the following filing restrictions are imposed:

Petitioner shall be prohibited from filing another § 2254 case in this district unless Petitioner is represented by counsel or, if he proceeds pro se, provides a copy of authorization from the Tenth Circuit Court of Appeals. Accompanying any proposed new § 2254 case must be an affidavit listing all previous actions and providing notice of this filing restriction. A proposed Petition shall accompany the affidavit. Upon compliance with these requirements, the Court will review the Petition and determine whether it will be accepted for filing. Failure to comply with these restrictions will result in Petitioner's pleading being returned unfiled.

IT IS SO ORDERED this 13th day of May 2022.

ROBIN J. CAUTHRON
United States District Judge