IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAWRENCE L. MAYES, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> DEPARTMENT OF ) <br> CORRECTIONS, et al., ) <br> ) <br> Respondent. ) | No. CIV-22-27-C |

## JUDGMENT OF DISMISSAL

Upon consideration of the Petition for Writ of Habeas Corpus filed herein, the Report and Recommendation of the Magistrate Judge, as well as Petitioner's objection thereto, and the Court's Order filed April 6, 2022 (Dkt. No. 11),

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition for Writ of Habeas Corpus be and the same is hereby dismissed without prejudice.

DATED this 17th day of May 2022.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge